Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

In Re: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation

)
)
)
)
)
)
)
)
)
)

Case No: 20-cv-2482-WHO / 19-md-02913-WHO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Mark Hansen, an active member in good standing of the bar of Washington, D.C., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Nicholas Pritzker, Riaz Valani, and Hoyoung Hu in the above-entitled action. My local co-counsel in this case is waived through prior order of the Court, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1615 M St, NW, Suite 400<br>Washington, D.C. 20036 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>N/A |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 326-7900 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| MY EMAIL ADDRESS OF RECORD:<br>mhansen@kellogghansen.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>N/A |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 425930.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/12/20

Mark Hansen
APPLICANT

---

# ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mark Hansen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 5, 2020

GRANTED
W.H.O.
Judge William H. Orrick

UNITED STATES MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                    October 2012